**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

SECURITIES AND EXCHANGE
COMMISSION,

　　　　　　　　Plaintiff,

　　　v.

JOHN D. FIERRO, *et al.*,

　　　　　　　　Defendants.

Civil Action No. 20-02104 (GC)

**ORDER**

**THIS MATTER** is before the Court on cross motions for summary judgment, respectively filed by Defendants John D. Fierro ("Fierro") and JDF Capital, Inc. ("JDF") (collectively, "Defendants") and Plaintiff Securities and Exchange Commission (the "SEC"). (ECF No. 30, 31.) Separately, Defendants bring a Motion *in Limine* with respect to evidence related to the SEC's pursuit of a disgorgement remedy. (ECF No. 29.) The Court has carefully considered the parties' written briefs without oral argument pursuant to Fed. R. Civ. P. 78. For the reasons set forth in the Opinion filed on this date, and for good cause shown,

　　　**IT IS** on this 29th day of June 2023,

　　　**ORDERED** that the SEC's Motion for Summary Judgment (ECF No. 31) is **GRANTED**; Defendants' Motion for Summary Judgment (ECF No. 30) is **DENIED**; and it is

　　　**FURTHER ORDERED** that Defendants' Motion *in Limine* (ECF No. 29) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　　
**Hon. Georgette Castner**
**U.S. District Judge**

1